**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KEVIN BARNES, individually and on behalf of
persons similarly situated,

      Plaintiff,

v.                                          CASE NO. 6:11-CV-1800-Orl-36DAB

FARMERS INSURANCE EXCHANGE, and
XYZ ENTITIES 1-10, fictitious names of
unknown liable entities,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on November 9, 2012 (Doc. 45). In the Report and Recommendation, the Magistrate Judge recommends that the Court deny the parties' Joint Motion to Approve Settlement/Joint Motion to Dismiss the Action with Prejudice (Doc. 44). *See* Doc. 45. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that it cannot find that the parties' settlement, particularly as it relates to attorneys' fees is "fair," as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982); 29 U.S.C. § 216(c). *See* Doc. 45. No time sheets or descriptions of the aforementioned services have been provided to the Court. *Id*. at 4-5. Moreover, the parties have failed to cite to any case where a similar fee was found to be reasonable for similar work in the Middle District. *Id*. at 5. Under these circumstances, the Court cannot find that the settlement is "fair." Therefore, after careful consideration of the Report and

-2-

Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 45) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The parties' Joint Motion to Approve Settlement/Joint Motion to Dismiss the Action with Prejudice (Doc. 44) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida on November 27, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD