**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KEVIN BARNES, individually and on
behalf of persons similarly situated,

      Plaintiff,

v.                                            Case No. 6:11-cv-1800-ORL-36DAB

FARMERS INSURANCE EXCHANGE, and
XYZ ENTITIES 1-10, fictitious names of
unknown liable entities,

      Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge David A. Baker on December 14, 2012 (Doc. 48). In the Report and Recommendation, Judge Baker recommends that the Court grant the parties' Renewed Joint Motion to Approve Settlement and Dismiss with Prejudice, filed on December 7, 2012 (Doc. 47), and dismiss this case with prejudice. Plaintiff filed a Notice of No Objection to the Report and Recommendation of Magistrate Judge Baker on December 31, 2012 (Doc. 49). This matter is ripe for review.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between Plaintiff Kevin Barnes, Opt-in Plaintiff Jason Flowers and Defendant Farmers Insurance Exchange is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See*

*Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 48) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Renewed Joint Motion to Approve Settlement (Doc. 47) is **GRANTED**. The Settlement is approved, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and **close** this case.

**DONE AND ORDERED** at Orlando, Florida, on January 3, 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD
MAGISTRATE JUDGE DAVID A. BAKER